**NOT FOR PUBLICATION**
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT



FILED

NOV 30 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LISA VARGAS, | No. 21-55054 |
| Plaintiff-Appellee, | D.C. No. 2:19-cv-03279-PSG-AS |
| v. | |
| NIKOLIS PEREZ, an individual; JONATHAN ROJAS, an individual, | MEMORANDUM* |
| Defendants-Appellants, | |
| and | |
| COUNTY OF LOS ANGELES, a governmental entity; DOES, 1 to 10, inclusive, | |
| Defendants. | |

Appeal from the United States District Court
for the Central District of California
Philip S. Gutierrez, Chief District Judge, Presiding

Submitted November 18, 2021**
Pasadena, California

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Before:  LINN,*** BYBEE, and BENNETT, Circuit Judges.

When an interlocutory appeal challenges the district court's determination that there is sufficient evidence to create a genuine dispute as to material fact, we lack appellate jurisdiction.  *Estate of Anderson v. Marsh*, 985 F.3d 726 (9th Cir. 2021).  Because appellants' appeal amounts to a challenge to the district court's decision on the facts, we lack jurisdiction.

**DISMISSED.**

---

*** The Honorable Richard Linn, United States Circuit Judge for the U.S. Court of Appeals for the Federal Circuit, sitting by designation.

2